IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR140 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| MIGUEL BARRAJAS-MAGANA, | ) | |
| | ) | |
| Defendant. | ) | |

On the Court's motion,

IT IS ORDERED that the sentencing hearing in this matter, currently scheduled for Monday, September 26, 2005, at 10:30 a.m., has been rescheduled to **1:00 p.m. on the same date**, before the Hon. Laurie Smith Camp, United States District Judge, in Courtroom #2, United States Courthouse, Omaha, Nebraska.

DATED this 29th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge